Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HARTFORD LIFE INSURANCE COMPANY,
      Plaintiff,
vs.
MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust; BERYL RAYFORD, an individual; UMAR ALMAJID, an individual; NORTH AMERICAN MERCANTILE, INC., a corporation; SANDBERG PHOENIX AND VON GONTARD, P.C., a business organization; MONNYE GROSS, an individual; and RICHARD WYER, an individual,
      Defendants.

FILED
08 JUL 16 PM 2: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1279 WQH LSP

TO: (Name and Address of Defendant)

 YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Daniel W. Maguire/Keiko J. Kojima
Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA  90071-2953

 An answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 1 6 2008
DATE

By  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com