```
 1  BURKE, WILLIAMS & SORENSEN, LLP
    DANIEL W. MAGUIRE (SBN 120002)
 2  E-mail: dmaguire@bwslaw.com
    KEIKO J. KOJIMA (SBN 206595)
 3  E-Mail: kkojima@bwslaw.com
    444 South Flower Street, Suite 2400
 4  Los Angeles, CA  90071-2953
    Telephone:  213.236.0600
 5  Facsimile:   213.236.2700

 6  Attorneys for Plaintiff
    Hartford Life Insurance Company
 7
```

FILED
JUL 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY, | CASE NO. '08 CV 1279 WQH LSP |
| Plaintiff, | NOTICE OF PARTY WITH FINANCIAL INTEREST |
| v. | |
| MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust; BERYL RAYFORD, an individual; UMAR ALMAJID, an individual; NORTH AMERICAN MERCANTILE, INC., a corporation; SANDBERG, PHOENIX AND VON GONTARD, P.C., a business organization; MONNYE GROSS, an individual; and RICHARD WYER, an individual, | |
| Defendants. | |

Plaintiff, Hartford Life Insurance Company, is a subsidiary of Hartford Financial Services, Inc., which is publicly-traded on the New York Stock Exchange

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4847-4847-5394 v1

ORIGINAL

NOTICE OF PARTY WITH FINANCIAL INTEREST

under the symbol HIG.  No individual or entity owns ten percent or more of HIG stock.

DATED:  July 14, 2008

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
dmaguire@bwslaw.com
Attorneys for Plaintiff
Hartford Life Insurance Company