1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE (SBN 120002)
2  E-mail: dmaguire@bwslaw.com
   KEIKO J. KOJIMA (SBN 206595)
3  E-Mail: kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Telephone: 213.236.0600
5  Facsimile: 213.236.2700

6  Attorneys for Plaintiff
   Hartford Life Insurance Company
7

FILED
08 JUL 16 PM 2:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

8             UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

11  HARTFORD LIFE INSURANCE      CASE NO. 08 CV 1279 WQH LSP
    COMPANY,
12                               NOTICE OF DEPOSIT OF
              Plaintiff,         ANNUITY PROCEEDS INTO
13                               REGISTRY OF THE COURT
    v.
14
    MARY BANKS, an individual and
15  Trustee of the Cleona Shortridge
    Revocable Trust; BERYL
16  RAYFORD, an individual; UMAR
    ALMAJID, an individual; NORTH
17  AMERICAN MERCANTILE, INC.,
    a corporation; SANDBERG,
18  PHOENIX AND VON GONTARD,
    P.C., a business organization;
19  MONNYE GROSS, an individual;
    and RICHARD WYER, an
20  individual,

21            Defendants.

24  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

26      Concurrent with the filing of the Complaint in Interpleader herein, Plaintiff
27  Hartford Life Insurance Company ("Hartford") hereby deposits with the Court the
28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-8007-1682 v1

ORIGINAL

NOTICE OF DEPOSIT OF ANNUITY
PROCEEDS INTO REGISTRY OF COURT

sum of $36,329.06 representing the proceeds of Masters + Variable Annuity contract no. 36600419, identified in the Complaint as "Annuity 2."

Hartford requests that the funds be placed in an interest bearing account pending subsequent disbursement in accordance with the Orders of this Court.

DATED: July 14, 2008

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
dmaguire@bwslaw.com
Attorneys for Plaintiff
Hartford Life Insurance Company

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 153083      -- TC
      * * C O P Y * *
         July 16, 2008
           14:18:25


              Registry
USAO #.: 08CV1279
Judge..: WILLIAM Q HAYES
Amount.:              $36,329.06 CK
Check#.: BC790026396



     Total->   $36,329.06



FROM: HARTFORD LIFE
      VS
      MARY BANKS, ET AL.
```