# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br>vs.<br>MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust, et al.,<br><br>                                    Defendants. | CASE NO. 08cv1279 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

The Amended Joint Motion for Dismissal of Defendants Richard Wier and Monnye Gross (Doc. # 19) is **GRANTED.** The Joint Motion for Dismissal of Defendants Richard Wier and Monnye Gross (Doc. # 17) is **DENIED as moot.**

It is hereby ordered that Hartford is hereby and shall be discharged from any liability to Defendant Wier and Defendant Gross to the full extent permitted by law with respect to Annuity Contract No. 360548733 and Annuity Contract No. 366004419 (the "Annuity Contracts"), which were the subject of a Petition filed in the Circuit Court of the City of St. Louis, State of Missouri, captioned *Mary Banks, Trustee, and Beryl Rayford, Plaintiffs vs. Umar Abdul Almajid, and North American Mercantile, Inc., a Nevada corporation, Defendants*, under Cause No. 044-01747.

It is further ordered that Defendant Wier has disclaimed and renounces any and all interest he has or may have in any and all proceeds due under the Annuity Contracts.

It is further ordered that Defendant Gross has disclaimed and renounces any and all interest she has or may have in any and all proceeds due under the Annuity Contracts.

It is further ordered that Defendants Wier and Gross shall be **DISMISSED with prejudice** from this lawsuit.

DATED:  November 13, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge