BROWN, WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213. 613.0500
Facsimile: 213.613.0550

Attorneys for Defendant and Cross-Plaintiff
SANDBERG PHOENIX & VON GONTARD, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust; et al,<br><br>        Defendants. | Case No.: 08-1279-WQH-LSP<br><br>Judge: Hon. William Q. Hayes<br><br>**SANDBERG PHOENIX & VAN GONTARD, P.C.'S CROSS-CLAIM FOR BREACH OF CONTRACT** |
| SANDBERG PHOENIX & VAN GONTARD, P.C.,<br><br>        Cross-Plaintiff,<br><br>v.<br><br>NORTH AMERICAN MERCANTILE, INC.,<br><br>        Cross-Defendant. | |

1

Cross-Plaintiff Sandberg, Phoenix & von Gontard, P.C., a Missouri professional corporation, by and through its undersigned attorneys, Brown, White & Newhouse LLP, hereby brings its Cross-Claim for Breach of Contract against Cross-Defendant, North American Mercantile, Inc. as follows:

## COUNT I – BREACH OF CONTRACT

1. Sandberg, Phoenix & von Gontard, P.C. ("Sandberg") is a Missouri professional corporation in the business of providing legal services.

2. North American Mercantile, Inc. ("NAM") is a corporation organized and existing under the laws of the State of Nevada.

3. This Court has subject matter jurisdiction over this Cross-Claim pursuant to the Federal Interpleader Act, 28 U.S.C. § 1335.

4. On or about July 26, 2004, a Petition was filed by Mary Banks and Beryl Rayford, in St. Louis, Missouri, against North American Mercantile, Inc. ("the St. Louis Action").

5. On or about April 15, 2005, Sandberg and NAM entered into an agreement whereby Sandberg agreed to provide legal representation to NAM for defense of the St. Louis Action and various other legal matters, and NAM agreed to pay Sandberg for said legal representation.

6. NAM has a remaining balance due to Sandberg in the amount of $56,236.70 for costs and legal services provided to NAM in the St. Louis Action ("Remaining Balance").

7. As of August 3, 2009, the Remaining Balance is past due.

8. To date, NAM has failed to remit payment for legal services and costs provided by Sandberg in connection with the St. Louis Action.

9. NAM has breached its contract with Sandberg by failing to pay for legal services and costs provided by Sandberg in connection with the St. Louis Action.

10. NAM is indebted to Sandberg for the Remaining Balance now due and owing in the total amount of $56,236.70.

174247.1

11. Sandberg has complied with all conditions precedent under the contract, and is not now and never has been in breach of the contract.

12. The satisfaction of NAM's debt should first be satisfied from any interpleaded funds that NAM is entitled to.

WHEREFORE, Sandberg, Phoenix & von Gontard prays for judgment against Cross-Defendant North American Mercantile, Inc. in the amount of $56,236.70, together with interest thereon; for its reasonable attorney's fees; costs of this action; that the satisfaction of said judgment first be satisfied from any interpleaded funds Cross-Defendant North American Mercantile, Inc. is entitled to; and such other relief as this Court deems just and proper.

DATED:  August  3, 2009                    BROWN, WHITE & NEWHOUSE LLP


By   s/Kenneth P. White
                             KENNETH P. WHITE
                          Attorneys for Defendant
                  SANDBERG PHOENIX & VON
                        GONTARD, P.C.