BROWN, WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213. 613.0500
Facsimile: 213.613.0550

Attorneys for Defendant, Cross-Defendant, and Cross-Plaintiff
SANDBERG PHOENIX & VON GONTARD, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust, et al<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 08-1279-WQH-WMC<br><br>Judge:　Hon. William Q. Hayes<br><br>**CROSS-DEFENDANT SANDBERG PHOENIX & VON GONTARD, P.C.'S NOTICE OF MOTION AND MOTION TO DISMISS CROSS-COMPLAINT OF UMAR ABD ALMAJID**<br><br>Date:　October 5, 2009<br>Time:　11:00 a.m.<br>Court:　4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on October 5, 2009, at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-entitled Court, located at 940 Front Street, San Diego, CA 92101, Defendant Cross-Defendant Sandberg Phoenix & von Gontard, P.C. ("Sandberg") will move the Court for an order

pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) dismissing the Cross-Complaint of Co-Defendant and Cross-Claimant Umar Abd Almajid ("Almajid") in its entirety and with prejudice. There will be no oral argument unless scheduled by the Court.

Defendant Cross-Defendant Sandberg Phoenix & von Gontard, P.C. ("Sandberg") brings the Motion on the following basis:

- The Cross-claim has not stated a cause of action for civil RICO;
- The Cross-claim has failed to plead fraud with the requisite particularity; and
- The Cross-claim has not alleged facts sufficient to state claims for intentional interference with contract or for an accounting.

This Motion is based on the following: the attached Memorandum of Points and Authorities, the files and records of this case, and upon such further argument as the Court may permit at any hearing it schedules.

DATED: September 1, 2009

Respectfully submitted,

BROWN, WHITE & NEWHOUSE LLP

By   s/Kenneth P. White
KENNETH P. WHITE
Attorneys for Defendant, Cross-Defendant, and Cross-Plaintiff
SANDBERG PHOENIX & VON GONTARD, P.C