E-mail: sahih786@sbcglobal.net
Tel.: 619.280.9469
Fax.: 619.280.0497
In Pro Se, for
Umar Almajid, Cross-Defendant

FILED
2009 SEP -2 PM 3:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| Hartford Life Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>Mary Banks, et al Defendants<br><br>―――――――――――――――<br><br>Umar Almajid, Cross-Defendant<br><br>v<br><br>Sandberg, Phoenix von Gontard, P.C.,<br><br>Cross-Defendants, et al | Case No.: 08 CV 1279 WQH WMC<br><br>**NOTICE OF MOTION TO DROP DEFENDANT NORTH AMERICAN MERCANTILE, INC. OR SUBSTITUTE CROSS DEFENDANT ALMAJID**<br><br>**FED R. CIV. 21**<br><br>JUDGE: Wm. Q. Hayes<br><br>DATE: October 5, 2009<br><br>TIME: 11:00 a.m<br><br>CTRM: 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO: Kenneth R. White, Attorney for Sandberg Phoenix & von Gontard

　　BROWN WHITE & NEWHOUSE LLP

　　333 South Hope Street, 40 th Floor

　　Los Angels, CA 90071-1406

Please take notice that:

On October 5, 2009 at 11:00am or as soon as counsel can be heard in the courtroom of the above-entitled court at Edward J. Schwartz Courthouse, 940 Front Street, San Diego, San Diego County, California. Cross-Defendant Almajid will move the court for an order to drop North American Mercantile, Inc. (NAM), or for an alternative order substituting Almajid for North American Mercantile, Inc. In support of this motion Cross-Defendant Almajid shows as follows:

1. Sandberg admitted that co-defendants Banks and Rayford's petition failed to seek relief from NAM. Sandberg fails to demonstrate that it actually conformed the alleged answer on NAM's behalf. Sandberg at all relevant times further failed to provide substantive legal representation for NAM by its procedural inadvertence in filing a motion to dismiss and or for a more definite statement. As of May 12, 2005 Sandberg has been in breach of its fiduciary obligations to NAM.

2. The purported retainer agreement arises from conduct violative of Cal. Pen. Code §§ 31,135,153,550 (a) (1) (5):Cal Ins. Code §§ 330,358 and Mo. Supreme Court Rules 4-8.4 (a)(c)(d)(f) and 18 USC §1346 which renders subject contract unenforceable.

3. Umar Almajid has acquired the entire right, title and interest to Hartford Annuities Contract Nos.360548733 and 366004419 including all rights of recovery for past infringements, by virtue of assignments dated December 5, 2005 and February 24, 2009.

Wherefore, it is respectfully requested that Cross-Defendant motion to drop North American Mercantile, Inc. or substitute Almajid as cross-defendant in this action in the place and stead of defendant North American Mercantile, Inc. be granted.

Dated: 2 Spt 09

_____
Umar Almajid, Cross-Defendant