# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY<br>Plaintiff,<br><br>vs<br><br>MARY BANKS, BERYL RAYFORD; UMAR ALMAJID; NORTH AMERICAN MERCANTILE, INC.; SANDBERG, PHOENIX AND VON GONTARD, P.C.<br>Defendant(s) | Civil No.   08cv1279-WQH-WMC<br><br>DEFAULT |
| SANDBERG, PHOENIX AND VON GONTARD, P.C.<br>Cross Claimant<br>vs<br>NORTH AMERICAN MERCANTILE, INC.<br>Cross Defendant | |
| UMAR ALMAJID<br>Cross Claimant<br>vs<br>MARY BANKS; BERYL RAYFORD; SANDBERG, PHOENIX AND VON GONTARD, P.C.<br>Cross Defendants | |

    It appears from the records in the above entitled action that the Crossclaim filed on 8/3/2009 has been regularly served upon each of the Cross Defendants hereinafter named; and it appears from the records herein that each of the Cross Defendants has failed to plead or otherwise defend in said action as provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Cross Defendants is hereby entered.

    North American Mercantile, Inc.

**Entered On:**
09/04/2009

W. SAMUEL HAMRICK, JR., CLERK

By:   s/M. Cruz
M. Cruz, Deputy