1  Umar Abd Almajid
   Post Office Box 83414
2  San Diego, CA 92138-3414
   E-mail: sahih786@sbcglobal.net
3  Tel.: 619.280.9469
   Fax.: 619.280.0497
4  In Pro Se, for
   Umar Almajid, Defendant and Cross-Defendant

FILED

2009 SEP 28 PM 3: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| Hartford Life Insurance Company, | ) **Case No.: 08 CV 1279 WQH WMC** |
| Plaintiff, | ) **REQUEST FOR JUDICIAL NOTICE** |
| v | ) |
| Mary Banks, et al, | ) **JUDGE: William Q. Hayes** |
| Defendants. | ) **DATE:   October 5,2009** |
|  | ) **TIME:   11:00 am** |
| ------------------------------------------- | ) **CTRM:  4** |
| Umar Abd Almajid, | ) |
| Cross-Defendant, | ) |
| v | ) |
| Sandberg, Phoenix & von Gontard, P.C. et al | ) |
| Cross-Defendants | ) |

Umar Abd Almajid, In Pro Se, hereby request the court to take judicial notice pursuant to Federal Rules of Evidence 201 of the following facts:

1. Initial Disclosure which identifies witnesses, documents and computation of damages. Said disclosures demonstrates facts which support claims entitling relief. A copy is attached hereto as Exhibit A.

Dated: 28 Sept 2009                    _____
                                       Umar Abd Almajid,
                                       Cross-Defendant

**EXHIBIT  A**

1   Umar Abd Almajid
Post Office Box 83414

2   San Diego,CA 92138-3414
E-mail: sahih786@sbcglobal.net

3   Tel: 619.280.9469
Fax: 619.280.0497

4   In Pro Se for,
Defendants and Counterclaimants

**Received in Chambers**

APR   9 2009

**Hon. Leo S. Papas**

5

6               UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT of CALIFORNIA

8   Hartford Life Insurance Company,   ) **Case No.08 CV1279 WQH LSP**

9          Plaintiff,           )
                            )

10   v                            )
                            )

11   Mary Banks, an individual and Trustee For ) **Initial Disclosure**

12   Cleona Shortridge Revocable Trust;    ) **{Rule 26 (a)(1)}**
                            )

13   Beryl Rayford, individual; Umar Almajid,  )
                            )

14   an individual; North American Mercantile, )
                            )

15   Inc., a corporation; Sandberg,       )
                            )

16   Phoenix von Gontard, P.C., a business   )
                            )

17   organization; Monneye Gross, an     )
                            )

18   individual; Richard Wier, an individual,  )
                            )

19          Defendants         )
                            )

20   _____

21   In accordance with Rule 26 (a)(1) of the Federal Rules of Civil Procedure,

22   Counterclaimant, Umar Almajid makes mandatory disclosure as follows.

23

24   **A. Witnesses**

25   1. Jesse M. Mallinger, Esq., 1447 Summit Avenue, Cardiff, CA 92007, telephone number

26     619-972-2252, is likely to have discoverable information that the disclosing party

27     may use to support its claim.

28   2. Jean M. Goddard, CPA, CFE, 6120 Paseo Del Norte, Ste. A-1, Carlsbad, CA 921011,

1   telephone number 760-930-0282, is likely to have discoverable information that the

2   disclosing party may use to support its claim.

3   3. Cassie Smith, CPA, 9820 Willow Creek Road, Ste. 240, San Diego, CA 92131, telephone

4      number 858-653-5999, is likely to have discoverable information that the disclosing

5      party may use to support its claim.

6   4. Sharon Jones, Social Worker, MSW 433, Health Human Services Agency, 9335 Hazard

7      Way, San Diego, CA 92123, telephone number 619-542-4068, is likely to have

8      discoverable information that the disclosing party may use to support its claim.

9   5. James L. Proffitt, Chief Conservatorship Services Div., 5201-A Ruffin Road, San

10     Diego, CA 92123-1699, telephone number 858-694-3518, is likely to have

11     discoverable information that the disclosing party may use to support its claim.

12  6. Det. Albrecht, S.D.P.D., Elder Abuse Unit, 1401 Broadway St., San Diego, CA 92101,

13     telephone number 619-446-1070, is likely to have discoverable information that the

14     disclosing party may use to support its claim.

15  7. Det. Holman, S.D.P.D., Elder Abuse Unit, 1401 Broadway St., San Diego, CA 92101

16     telephone number 619-446-1070, is likely to have discoverable information that the

17     disclosing party may use to support its claim.

18

19  **B. Documents**

20  1. Correspondence between Umar Almajid and Monneye Gross dated April 24, 2000. [A copy

21     of which is attached]

22  2. Monneye Gross, Statement of Legal Services, dated April 26, 2000. [A copy

23     of which is attached]

24  3. Correspondence between John W. Sunnen and Monneye Gross dated May 25, 2001. [A copy

25     of which is attached]

26  4. Correspondence between John W. Sunnen and Mary Atice Banks, dated May 25, 2001. [A

27     copy of which is attached]

28  5. Correspondence between Monneye Gross and Mary Banks, dated March 1, 2001. [A

       copy of which is attached]

1   6. Superior Court of California, Probate Div. Petition For Probate of Will and For

2      Letters Testamentary, January 14, 2005. [A copy of which is attached]

3   7. Superior Court of California, Probate Div., MBNA America, Creditor's Claim. [A copy

4      of which is attached]

5   8. Superior Court of California, Proof of Subscribing Witnesses by Annette Cepluch,

6      dated November 29, 2005. [A copy of which is attached]

7   9. Superior Court of California, Proof of Subscribing Witnesses by Nicholas Kriegel,

8      dated November 29, 2005. [A copy of which is attached]

9   10. Superior Court of California, Proof of Subsribing Witnesses by Nadezhda Kondaurov,

10     dated November 29, 2005. [A copy of which is attached]

11  11. Last Will and Testament of Cleona B. Shortridge, dated June 20, 2000 authorizing

12     Umar Almajid to act as personal representative of estate. [A copy of which is

13     attached]

14  12. Superior Court of California, San Diego Probate Div., Declaration of John W.

15     Sunnen, dated March 17, 2005. [A copy of which is attached]

16  13. California Civil Code § 118a. False Affidavit. [A copy of which is attached]

17  14. Superior Court of California, San Diego Probate Div., Objections of Mary Banks

18     and Beryl Rayford to Appointment of Umar Almajid as personal representative,

19     February 14 and 16 2005. [A copy of which is attached]

20  15. Superior Court of California, Monneye Gross, Request For Special Notice, dated

21     February 15, 2005. [A copy of which is attached]

22  16. State of Missouri, Office of State Court Administrator, Rule 55.15. [A copy of

23     which is attached]

24  17. Correspondence between Martin Daesch and Umar Almajid dated April 29. 2005. [A

25     copy of which is attached]

26  18. Defendant North American Mercantile, Inc. draft answer to Plaintiff's petition. [A

27     copy of which is attached]

28  19. State of Missouri, Office of State Court Administrator, Rule 4-3.3 Candor Toward

    The Tribunal. [A copy of which is attached]

20. Statement of Dr. Christopher Kenny, M.D., Asst. Clinical Prof. Of Neurosciences, University of California, San Diego, dated February 24, 2005. [A copy of which is attached]

21. State of Missouri, Office of State Court Administrator, Rule 4-4.1 Truthfulness In Statement To Others. [A copy of which is attached]

22. Correspondence between Almajid and Daesch, dated April 17, 2006. [A copy of which is attached]

23. Correspondence between County of San Diego, Office of County Counsel and Sandberg, Phoenix & Von Gontard, dated October 30, 2006. [A copy of which is attached]

24. Statement of Missouri, Office of State Court Administrator, Rule 4-8.4 Misconduct.

25. Circuit Court of St. Louis, County Missouri, Court Order, dated March 22, 2005.

26. Correspondence between Sandberg, Phoenix & Von Gontard, Monneye Gross and Richard Wier, dated June 9, 2006.

27. Circuit Court of St. Louis County, Missouri, Court Order, dated June 26, 2006.

28. Beryl Rayford's Answers to Defendant's Second Interrogatories, dated September 26, 2006.

29. Defendant's Umar Almajid's Second Interrogatories Directed to Mary Banks dated September 26, 2006.

30. Deposition of Mary Banks, dated October 5, 2006.

31. Superior Court of State of California for the County of San Diego, Order, ...

32. California Penal Code § 153, Compounding or Concealing.

33. California Penal Code § 135, Destroying or Concealing Documentary Evidence.

34. California Penal Code § 31, Principals Defined.

35. Jesse Mallinger Esq., Declaration in Support of Counterclaim for Damages, dated November 19, 2008.

36. Correspondence between Umar Almajid and Sandberg, Phoenix & Von Gontard, dated March 18, 2008. [A copy of which is attached]

37. State of Missouri, Office of State Administrator, Rule 4-5.1 Responsibilities of Partners, Managers and Supervisory Lawyers. [A copy of which is attached]

Page 4

38. **People of the State of California** v **Beryl Rayford**, Complaint-Criminal, No. M-783057. [A copy of which is attached]

39. **People of the State of California** v **Rayford**, Case No.: M783057/vx3680 Declaration in Support of Issuance of Arrest Warrant, on or about February 18, 2000. [A copy of which is attached]

40. **People of the State of California** v **Rayford**, Case No.: M810642. [A copy of which is attached]

41. North American Mercantile, Inc., Resolution to Ratify Board of Directors Actions, dated December 7, 2005. [A copy of which is attached]

42. North American Mercantile, Inc., Resolution to Ratify Board of Directors Actions, dated February 24, 2009. [A copy of which is attached]

43. 18 USCA § 1346 [A copy of which is attached]

44. Cleona B. Shortridge, Power of Attorney authorizing Umar Almajid to act as representative, dated June 20, 2000. [A copy of which is attached]

45. Cleona B. Shortridge, Power of Attorney authorizing Umar Almajid to act as representative, dated October 23, 2002. [A copy of which is attached]

46. Receipts. [A copy of which is attached]

**C. Computation of Damages**

The courts have repeatedly stated that a plaintiff/counterclaimant may in an action for damages for fraud may recover all damages that are proximately caused by the defendant(s) misrepresentations.

Federal Law: **Popp Telecom** v **American Sharecom,** Inc.,210 F.3d 928 (8th Cir. 2000); **Veilleux** v **National Broadcasting Co.**, 206 F.3d 92 (1st Cir. 2000)

Calif. Law: **Cal.Civ.§ 3333;Dean W. Knight & Sons** v **First Western Bank & Trust Co.**, 148 Cal. Rptr. 767 (1978)

Mo. Law: **Thoroughbred Ford Inc.,** v **Ford Motor Co.**,908 S.W. 2d 719, (Mo.App. 1995) **Roth** v **Equitable Life Assur. Society of the United States**, 210 S.W. 3d 253, 2006 Mo. App LEXIS 1543 (Mo. Ct App. 2006)

08CV1279WQH LSP
Initial Disclosure

# DAMAGES

| NAME | LIABILITIES | DATE | | AMOUNT |
|------|-------------|------|---|--------|
| I. Brian Bild, Esq. | | Aug.   2004 | $ | 600.00 |
| | | Aug. 23, 2004 | $ | 4,400.00 |
| | | Mar. 17, 2005 | $ | 2,000.00 |
| Subtotal | | | $ | 7,000.00 |
| II. Sandberg,Phoenix von Gontard | | Apr. 16, 2005 | $ | 2,000.00 |
| Via Shortridge Revocable Trust | | | $ | 15,000.00 |
| Subtotal | | | $ | 17,000.00 |
| III. Wm.J.Ward & Assocs | | Oct. 11, 2006 | $ | 1,000.00 |
| | | Mar. 27, 2007 | $ | 2,246.00 |
| Subtotal | | | $ | 3,246.00 |
| IV. Burke,Williams & Sorrensen | | | $ | 8,500.00 |
| Subtotal | | | $ | 35,746.00 |
| V. Jesse Mallinger, Esq. | $ 4,300.00 | | | |
| VI. Wm.J.Ward & Assocs | $ 3,649.63 | Dec.8, 2008 | | |
| | $ 7,949.63 | | | |
| **Total Legal Fees** | | | | **$ 43,695.63** |
| Anderson Ragsdale Mortuary | | Jul.13, 2004 | $ | 4,331.12 |
| Range Funeral Homes | | Aug. 6, 2004 | $ | 2,355.00 |

08CV1279WQH LSP
Initial Disclosure

| | | |
|---|---|---|
| 1 | Subtotal | $ 6,686.12 |
| 3 | Best Western on the Bay | $ 262.15 |
| 4 | Airline Tickets/Hotel | June 2007 | $ |
| 5 | **Total Funeral Cost** | | $ 6,948.27 |
| 7 | Jean Goddard, CPA, CFE | $ 500.00 |
| 8 | Power of Attorney Fees | Oct'00 – July'04 | $ 46,193.28 |

10  **Valuation at Date of discovery of Fraud**

11  Initial Fraudulent allegations were oral reports to S.D. County Health & Human

12  Services in 2001, however first written misrepresentations were in the form of a

13  complaint filed in St. Louis County, Circuit Court, served in San Diego County on or

14  about July 2004. Said lawsuit contained allegation known to be false. Subsequent

15  conduct of defendant(s) were designed to further initial disrepresentation. Valuation

16  at date of discovery of the claimed fraud has been determined appropriate.

17  Calif. Law: **Salahutdin v Valley of California**, Inc., 24 Cal. App. 4th 555, 29 Cal.

18       Rptr. 2d 463 (1994); **Michel v Moore & Associates Inc.**, 156 Cal. App. 4th

19       756, 67 Cal Rptr 3d 797, 2007 Cal. App. LEXIS 1800 (Cal. App. 2d Dist.

20       2007)

22  **Investigation & Research Cost**

23  Research and develop joints and authorities for following:

24  Evaluate veracity of plaintiff allegations and quality of legal service billed

25  by Sandberg Phoenix & Von Gontard.

26    • Communications with various representatives of Sandberg Phoenix & Von

27       Gontard.

28       – Strategy for litigation i.e. Banks v North American Mercantile, Inc.

       – Misrepresentations       – Conflict of Interest

Page 7

1        - Perjury                    - Malicious Intent

2        - Unclean Hands

3     •  Purported Settlement Agreement Deficiencies Evaluated

4        - Duress                     - Addendum/Modifications

5  Sandberg's refusal to acknowledge nature and extent of criminal, procedural and

6  ethical violations.

7  Communication with Hartford Ins. Company

8     •  Attempt to mitigate losses; repeated conference calls between parties

9        - Interpleader Filed

10       - Review files; identify specific dates, facts, codes & statutes

11       - Identify & review case law - confer numerous attorneys, social workers,

12          law enforcement, investment consultants.

13       - Draft & file counterclaim

14

15  Investigation & Research Cost $ 90.00/hr @ 770.14 hrs        **$ 69,313.00**

16

17  **Modern Rule-Damages Recoverable on Proof with Reasonable Certainty**

18  Most recent cases reject the once generally accepted rule that lost profits damages

19  for new businesses are not generally recoverable. The development of the law has been

20  to find damages for loss profits of a new business recoverable when they  can be

21  adequately proved with reasonable certainty. The earlier cases are either ignored or

22  rationalized as having been based on a finding that on those particular facts the

23  evidence was inadequate as a matter of law to support a judgement for the plaintiff.

24  What was once a rule of law has been converted into a rule of evidence.

25  Federal Law: **Tipton v Mill Creek Gravel, Inc.**, 373 F. 3d 913 (8th Cir. 2004); **Humetrix,**

26            **Inc. v Gemplus S.C.A.**, 268 F.3d 910 (9th Cir. 2001); **Progressive Inc. Co.**

27            **v Sacramento County Coach Showcase**, 2008 U.S. Dist. LEXIS 103571 (D. Nev.

28            Dec. 23, 2008); **HSS Enters., LLC v _.**, 2007 U.S. Dist.

            LEXIS 27618 (C.D. Cal. Jan. 22, 2007)

Page 8

1   Facts show that Defendants Rayford and Banks, through their attorneys Gross and Weir

2   made allegations to Hartford Inc. Company regarding two annuity accounts managed for

3   North American Mercantile, Inc. As a proximate and "actual result of defendant's

4   allegation, Hartford Ins. Company freeze Subject annuity accounts, thereby depriving

5   North Mercantile, Inc. use and profits of said funds. Defendant Sandberg compounded

6   and concealed Rayford and Banks misrepresentations thereby furthering the scheme to

7   defraud and deprive Almajid and North American Mercantile, Inc.

8

9   Masters & Variable Annuity Acct No. 36600419

10  Masters & Variable Annuity Acct No. 360548733

11

12  Principle                                             $  70,000.00

13  Loss Use/Profits @ 10% x 5 Years                      $  35,000.00

14  **Total**                                             $ 105,000.00

15

16

17  //

18

19  //

20

21  //

22

23  //

24

25  //

26

27

28

08CV1279WQH LSP
Initial Disclosure

1

2

3  **D. SUMMARY OF DAMAGES**

4  Total Legal Fees                                    $  43,695.63

5  Total Funeral Cost                                  $   6,948.27

6  Accounting Consultation                             $     500.00

7  Power of Attorney Fees                              $  46,193.28

8  Investigation & Research Cost                       $  69,313.00

9  Loss Use/Profits                                    $ 105,000.00

10 **Total**                                           $ 271,650.18

11

12

13 RICO Tremble Damages                                $ 814,950.54

14

15

16

17

18

19 Dated: 9 April 2009                  Respectfully Submitted,

20

21

22                                      Umar Abd Almajid, for

23                                      North American Mercantile, Inc.

24                                      Defendant and Counterclaimant

25

26

27

28

1

**PROOF OF SERVICE BY MAIL**

2     I am a citizen of the United States and employed in San Diego County,

3 California. I am over the age of eighteen years and not party to the within entitled

4 action. My address is 3910 Quince Street, San Diego, CA 92105. I am readily familiar

5 with this establishment's practice for collection and processing of correspondence for

6 mailing with the United States Postal Service. On April 9, 2009, I placed with this

7 firm at the above address for deposit with the United States Postal Service a true and

8 correct copy of the within document(s):

9     **INITIAL DISCLOSURE**

10

11     In a sealed envelope, postage fully prepaid, addressed as follows:

12 Mary Banks                                    Beryl Rayford

13 1115 N. McKnight Road                          P.O. Box 40316

14 University City, MO 63132                      San Diego, CA 92164

15 Kenneth P. White                               Martin L. Daesch

16 Brown, White & Newhouse, LLP                   One City Centre, 15th Floor

17 333 S. Hope Street, 40th Floor                 St. Louis, MO 63101-1880

18 Los Angeles, CA 90071

19

20

21

22

23 Dated:  4-9-09                          _William Wright_
                                                William Wright
24

25

26

27

28