

FILED
OCT - 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MARY BANKS an individual and Trustee of the Cleona Shortridge Revocable Trust; et al.,,<br><br>    Defendants.<br><br>SANDBERG, PHOENIX & VON GONTARD, P.C,<br><br>    Cross-Plaintiff,<br><br>v.<br><br>NORTH AMERICAN MERCANTILE, INC,<br><br>    Cross-Defendants. | Case No.: 08-1279-WQH- WMC<br><br>Judge:   Hon. William Q. Hayes<br><br>CLERK'S<br>**DEFAULT JUDGMENT IN FAVOR OF CROSS-PLAINTIFF SANDBERG, PHOENIX & VON GONTARD, P.C. AGAINST CROSS-DEFENDANT NORTH AMERICAN MERCANTILE, INC.** |

The Cross-Defendant, North American Mercantile, Inc. having failed to appear, plead, or otherwise defend this action, and default having been entered on September 4, 2009, and counsel for Cross-Plaintiff Sanberg, Phoenix & von Gontard, P.C. having

requested judgment against the defaulted cross-defendant, and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Cross-Plaintiff Sandberg, Phoenix & von Gontard, P.C. and against Cross-Defendant North American Mercantile, Inc. as follows:

Cross-Plaintiff shall be awarded the sum of $56,236.70. Interest on the judgment at the legal rate until the judgment is satisfied.

W. Samuel Hamrick, Jr.

CLERK OF COURT

DATE: OCT 2 2009

M. Cruz, Deputy