BROWN, WHITE & NEWHOUSE LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550

Attorneys for Defendant
SANDBERG, PHOENIX, & VON GONTARD, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARY BANKS, an individual and Trustee of the Cleona Shortridge Revocable Trust; et al<br><br>Defendants<br><br>AND RELATED CROSS-ACTIONS | Case No. 08-1279-WQH-WMC<br>Judge: Hon, William Q. Hayes<br><br>**DEFENDANTS MARY BANKS, BEYRL RAYFORD, AND SANDBERG PHOENIX & VON GONTARD P.C.'S JOINT NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: November 16, 2009<br>Time: 11:00 a.m.<br>Court: 4<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2009 at 11:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-entitled Court, located at 940 Front Street, San Diego, CA 92101, Defendants Mary Banks ("Banks"), Beryl Rayford ("Rayford"), and Sandberg Phoenix & von Gontard P.C.

1  ("Sandberg") (collectively "Moving Defendants") will and hereby move pursuant to
2  Federal Rules of Civil Procedure 12(c) for judgment on the pleadings. There will be
3  no oral argument unless scheduled by the Court. This Motion is based on the
4  following: the attached Memorandum of Points and Authorities, the files and records
5  of this case, and upon such further argument as the Court may permit at any hearing it
6  schedules.

8  **DEFENDANT SANDBERG,**          **In Pro Per**
9  **PHOENIX & VON GONTARD, P.C.**

11 By: /s/ Kenneth P. White            By:   /s/ Mary Banks
12     Kenneth P. White                      Mary Banks
13     BROWN, WHITE & NEWHOUSE              *As an individual and Trustee of*
14     LLP                                   *the Cleona Shortridge Revocable Trust*

16                                     **In Pro Per**

18                                     By:   /s/ Beryl Rayford
19                                           Beryl Rayford

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 South Hope Street, 40th Floor, Los Angeles, California 90071.

On October 8, 2009, I served the following document(s) described as: **DEFENDANTS MARY BANKS, BEYRL RAYFORD, AND SANDBERG PHOENIX & VON GONTARD P.C.'S JOINT NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I deposited such envelope in the mail at 333 South Hope Street, 40th Floor, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 213/620-1398. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ **BY ELECTRONIC MAIL:** On the above-mentioned date, from Los Angeles, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated below. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 8, 2009, at Los Angeles, California.

_____
Letty Perez

196578.1

**SERVICE LIST**

Mr. Richard Weir
9666 Olive Street, Suite 705
St. Louis, MO 63132

Mr. Beryl Rayford
360 East Bradley Avenue, Unit 63
S. El Cajon, CA 92021

Ms. Monnye R. Gross
8000 Bonhomme, Suite 211
Clayton, MO 63105

Mr. Umar Almajid and
North American Mercantile, Inc.
3910 Quince Street
San Diego, CA 92105

Martin L. Daesch
One City Centre, 15th Floor
St. Louis, MO  63101-1880

196578.1